FILED
Sep 15 2021
2:44 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ emilybl    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LORENZO ANDREW LAUMBACH,<br><br>    Defendant. | Case No. '21 CR2709 DMS<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine and Fentanyl |

The grand jury charges:

### Count 1

On or about September 1, 2021, within the Southern District of California, defendant LORENZO ANDREW LAUMBACH did knowingly and intentionally import 500 grams and more, to wit: approximately 21.02 kilograms (46.24 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//

PSH:cms:San Diego:9/15/21

## Count 2

On or about September 1, 2021, within the Southern District of California, defendant LORENZO ANDREW LAUMBACH did knowingly and intentionally import 400 grams and more of a mixture, to wit: approximately 0.48 kilograms (1.06 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 15, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: /s/ Peter S. Horn
PETER S. HORN
Assistant U.S. Attorney