1  RANDY S. GROSSMAN
   Acting United States Attorney
2  Vivian Sapthavee
   Assistant U.S. Attorney
3  Illinois Bar No.: 6303977
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101
5  Tel: (619) 546-7696
   Fax: (619) 546-0510
6  Email: Vivian.Sapthavee@usdoj.gov

7  Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO ANDREW LAUMBACH,<br><br>Defendant. | Case No.: 21-CR-02709-DMS<br><br>**UNITED STATES' MOTION TO DISMISS INDICTMENT WITH PREJUDICE**<br><br>**The Honorable Dana M. Sabraw** |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel Randy S. Grossman, Acting United States Attorney, and Vivian Sapthavee, Assistant U.S. Attorney, pursuant to Federal Rule of Criminal Procedure 48(a), hereby seeks leave to dismiss and moves the Court for an order dismissing <u>with prejudice</u> the Indictment (ECF No. 10).

//

//

//

On September 23, 2021, the United States Marshal Service informed counsel for the parties that Mr. Laumbach was pronounced deceased at Paradise Valley Hospital in National City, California. Therefore, there is no further prosecution of Mr. Laumbach for Importation of a Controlled Substance in violation of 21 U.S.C. §§ 952, 960.

DATED: September 23, 2021

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

*/s/ Vivian Sapthavee*
VIVIAN SAPTHAVEE
Assistant United States Attorney