# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO ANDREW LAUMBACH,<br><br>Defendant | Case No.: 21-CR-02709-DMS<br><br>**ORDER AND JUDGMENT GRANTING MOTION TO DISMISS WITH PREJUDICE** |
|---|---|

Upon motion by the United States of America, and good cause appearing, it is ordered that this case be dismissed with prejudice pursuant to Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.**

Dated: September 23, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court