# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 21-cr-02709-DMS |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Lorenzo Andrew Laumbach | Booking No. 62935509 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 9/24/2021 the Court entered the following order:

- [X] Defendant be release from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [ ] Defendant released on _____ Bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [X] Case dismissed.
- [ ] Case dismissed, charges pending in case no.
- [ ] Defendant to be release to Pretrial Services for electronic monitoring.
- [ ] Other.

Dana M. Sabraw
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by Z. Akindipe ext. 5372

9/24/2021
Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

**Zenobia Akindipe**

---

**From:** CAS Releases <CAS.Releases@usdoj.gov>
**To:** Zenobia Akindipe
**Sent:** Friday, September 24, 2021 2:14 PM
**Subject:** Read: Abstract of Order/ Lorenzo Andrew Laumbach 21-cr-02709-DMS

Your message

  To: CAS Releases
  Subject: Abstract of Order/ Lorenzo Andrew Laumbach 21-cr-02709-DMS
  Sent: Friday, September 24, 2021 2:11:34 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Friday, September 24, 2021 2:13:16 PM (UTC-08:00) Pacific Time (US & Canada).